

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2024

No. 04-24-00418-CR

**IN RE** Dominique **REED**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR0009
Honorable Ron Rangel, Judge Presiding

### ORDER

On June 20, 2024, Dominique Reed filed an application for writ of habeas corpus seeking "release on bail pending the determination of his motion for new trial." This court does not, however, have original jurisdiction to issue a writ of habeas corpus. *See* TEX. GOV'T CODE ANN. § 22.221(d); TEX. CODE CRIM. PRO. ANN. art. 11.05. Accordingly, we **DISMISS** Reed's application for writ of habeas corpus for want of jurisdiction.

It is so **ORDERED** on October 23, 2024.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk